# 738    CASES REPORTED WITH BRIEF SYLLABI.

ANTONIO MOLLINO, Respondent, *v.* OGDEN & CLARKSON CORPORATION and Another, Appellants, Impleaded with Others, Defendants.

Appeal from a judgment of the Supreme Court in favor of the plaintiff and against the appellants, entered in the New York county clerk's office on January 9, 1925, upon the verdict of a jury for $18,500, rendered after a trial at New York Trial Term, and also from an order entered on January 9, 1925, denying a motion for a new trial.

Judgment and order affirmed, with costs. · No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.; Martin, J., dissents in part in opinion.

MARTIN, J. (dissenting in part): I concur in the affirmance of the judgment as to the owner, Thomas L. Feitner, but I dissent and vote for reversal and a new trial as to the agent, Ogden & Clarkson Corporation, especially in view of the charge to the jury that if one defendant was liable both were liable. Even though the owner should be held liable, the agent would not necessarily be liable. Under this charge, the owner being liable, the agent must be held liable.

---

ERNEST H. WIENER, Appellant, v. GEORGE S. GOODRICH, Respondent.— Judgment and orders affirmed, with costs, but with leave to plaintiff to move to vacate judgment appealed from, and with leave to serve an amended complaint within ten days from service of judgment to be entered upon this order on payment of said costs and the costs awarded to the defendant by the judgment appealed from. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.; Merrell, J., dissents.

JAMES McCONVILLE, an Infant, by His Guardian ad Litem JOHN McCONVILLE, Appellant, v. NATHAN STRAUSS, INC., Respondent.— Order so far as appealed from affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JOHN McCONVILLE, Appellant, v. NATHAN STRAUSS, INC., Respondent.— Order so far as appealed from affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK and Others, as Trustees of the Trust for the Benefit of JAMES C. BISHOP, Created by the Will of HEBER R. BISHOP, Deceased, Respondents, v. JAMES C. BISHOP and Others, Respondents, Impleaded with ABIGAIL HANCOCK BISHOP, Appellant. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JENNIE A. HUTTON, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

FRIEDA SCHUMAN, Appellant, v. DAVID GALEWSKI, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CHARLOTTE BUCH, Appellant, v. ADOLPH KLEIN, as Sole Executor, etc., of HENRY LOWY, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.